UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DUNNING, MICHAEL W | ) | Case No. 10-04521-PHX GBN |
| DUNNING, SHARI L | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

DALE D ULRICH, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 105 | 12/6/2010 | Capital One Bank<br>4851 Cox Road<br>Glen Allen, VA   23060 | $1,817.20 |
| 106 | 12/6/2010 | Citibank<br>701 E 60th Street North<br>Sioux Falls, SD   57104 | 113.29 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of  $ 1930.49  to the Clerk of the Court to be deposited in the Registry thereof.

|   March 10, 2011   | /s/ DALE D ULRICH |
|---|---|
| DATE | DALE D ULRICH, TRUSTEE |